USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

GLORIA J. GRILLO,

                Plaintiff,

- against -

EVERGREENE PAINTING STUDIOS, INC.,

                Defendant.

---------------------------------X

04 Civ. 06968 (PKC)

REVISED CIVIL CASE
MANAGEMENT PLAN
AND SCHEDULING ORDER

This Revised Case Management Plan and Scheduling Order is adopted in accordance with Rules 16-26(f), Fed. R. Civ. P.:

1. Permission for plaintiff to take four depositions beyond the discovery cutoff is GRANTED.

2. Ten (10) days before the Final Pre-Trial Conference, the plaintiff shall provide a draft Joint Pretrial Order, jury instructions, and verdict sheet to the defendants for their review. Five (5) days before the Final Pre-Trial Conference, the parties shall submit a Joint Pretrial Order, jury instructions, and verdict sheet to the Court prepared in accordance with the undersigned's Individual Practices and Rule 16(a)(3), Fed. R. Civ. P. Each party will submit proposed voir dire requests to the Court at that time as well.

3. The Final Pretrial Conference is scheduled for May 20, 2005, at 3:15 p.m. *adjourned for April 29th*

SO ORDERED

Dated: New York, New York
      March 14, 2005

                                      P. Kevin Castel
                                      United States District Judge

226667 v1