UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

GLORIA J. GRILLO,

                    Plaintiff,

- against -

EVERGREENE PAINTING STUDIOS, INC., & JEFFREY GREENE,

                    Defendants.

------------------------------X

04 Civ. 06968 (PKC)

<u>NOTICE OF MOTION IN LIMINE</u>

TO:   Richard M. Howard
       Kaufman Schneider & Bianco, LLP
       Attorneys for Defendants
       390 North Broadway
       Jericho, NY 11753

        PLEASE TAKE NOTICE THAT, pursuant to the Court's Scheduling Order, upon the accompanying Memorandum of Law, plaintiff Gloria Grillo hereby moves the Court, <u>in limine</u>, for the exclusion of certain evidence, as set forth in the Memorandum of Law.

Dated: New York, New York
       June 6, 2005

                                    VLADECK, WALDMAN, ELIAS &
                                    ENGELHARD, P.C.

                By: _____
                                    Kevin T. Mintzer (KM 4741)
                                    Attorneys for Plaintiff
                                    1501 Broadway, Suite 800
                                    New York, New York 10036
                                    (212) 403-7300